# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3174

_____

Adrienne McGlone,                          *
                                           *
            Appellant,                     *
                                           *    Appeal from the United States
      v.                                   *    District Court for the District
                                           *    of Nebraska.
City of Lincoln; Lancaster County          *
Health Department,                         *         [UNPUBLISHED]
                                           *
            Appellees.                     *

_____

Submitted:    May 29, 2001

Filed:    June 4, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
      Circuit Judges.

_____

PER CURIAM.

Adrienne McGlone appeals from the district court's judgment in favor of defendants following a bench trial in McGlone's employment discrimination lawsuit. Having carefully considered the arguments in McGlone's brief, we are satisfied that no error of law appears and the district court correctly found that race and retaliation had nothing to do with McGlone's termination. Accordingly, without further discussion, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.